■ JOHN MAZZARELLA, Individually and as Father of Four Minor Children of Ages 5, 7, 9 and 11, Appellant, v SYRACUSE DIOCESE et al., Respondents. (Appeal No. 3.) [953 NYS2d 519]— Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered July 18, 2011. The order directed the disclosure to plaintiff of certain documents after an in camera review.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Mazzarella v Syracuse Diocese* (100 AD3d 1384 [2012]). Present—Scudder, P.J., Smith, Lindley and Martoche, JJ.